FILED
CLERK, U.S. DISTRICT COURT
NOV 30 2009
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

JAMES S. DAVIS, 30068-112
PETITIONER IN PRO SE
ATTORNEY AT LAW, CDC BAR
LA TUNA FEDERAL CORRECTIONAL
INSTITUTION, P.O. BOX 3000
ANTHONY, NM 88021-9897
TEL. 791.9000

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES

JAMES S. DAVIS ) NO. CV09-04004-RGK
PETITIONER IN PRO SE )
)  PETITIONER'S OBJECTION
-V- ) TO DE-86 "UNDER SUBMISSION"
) DECISION; NEW EVIDENCE
M. TRAVIS BRAGG ) IN OPPOSITION TO POSSIBLE
RESPONDENT ) DISMISSAL, DEC 4, 2009.
) FORMAL RULING REQUESTED

TO DISTRICT COURT, RESPONDENT BRAGG:

1. THE FOLLOWING OBJECTIONS, CITING NEW EVIDENCE ARE MADE. A FORMAL RULING WITH FINDINGS OF FACT, CONCLUSIONS OF LAW IS REQUESTED TO EACH OBJECTION:

A. RESPONDENT DID NOT FILE AND SERVE ANY OPPOSITION OR OBJECTION TO THIS MOTION. I OBJECT TO IT BEING TAKEN "UNDER SUBMISSION" RESULTING IN FURTHER DELAY AND CONTINUING FALSE IMPRISONMENT. 2

B. I OBJECT TO JUDGE KLAUSNER NOT APPLYING CDC LOCAL RULE 7-12, FEDREVID RULE 801(d)(2)(B), FEDRCIVPRO, RULES 56(e)(1), 56(e)(2); CDC LOCAL RULES 56-2, 56-3 TO NO RESPONSE FROM BRAGG TO MY REQUESTED IN PERSON HEARING ON THESE VERY SERIOUS ISSUES. WHY NO IN PERSON APPEARANCE?

C. I OBJECT TO THIS "UNDER SUBMISSION" DELAY AFTER I LODGED THE GOVERNMENT EVIDENCE OF MY ACTUAL INNOCENCE, NO TAXES OWED, BRADY VIOLATIONS OF IRS SEP MANAGER STEVEN LEDORE FILES (NOT PRODUCED) ON FORFEITURE OF ± $750,000.00 TAX CLAIM FOR 1999, 2000, 2001 AND L. ALTENBURGER IRS PROOF OF CLAIMS IN BANKRUPTCY COURT (NOT PRODUCED) FOR ± $750,000.00, TRUSTEE TAX PAYMENT FILE (NOT PRODUCED) FOR ONLY $19,712.00 FOR TAX YEARS 1996 TO 2002. THE PARTIAL RECORDS I OBTAINED AND LODGED WITH THE COURT SHOWS THE IMPORTANCE OF THE COMPLETE FILES IN BOTH MY ACTUAL INNOCENCE EVIDENTIARY HEARING, AND MY REQUESTED CONTEMPT-BRADY VIOLATION TRIAL.

D. I OBJECT TO JUDGE KLAUSNER CONSIDERING A DISMISSAL OF THIS ACTUAL INNOCENCE, FALSE IMPRISONMENT HABEAS CORPUS ACTION (DEC. 4, 2009 BRIEFING DEADLINE) IN LIGHT OF NO OPPOSITION TO THIS MOTION. BRAGG HAS NEVER DENIED, NEVER OBJECTED TO, NEVER CONTESTED THAT THE LEDORE FILES AND L. ALTENBURGER-TRUSTEE

PAGE TWO

FILES DO NOT PROVE MY ACTUAL INNOCENCE, AND FAILURE TO PRODUCE THEM IS CONTEMPT OF THE JUNE 9, 2009 RECORD PRODUCTION ORDER.

1E. I OBJECT TO JUDGE KLAUSNER DELAYING ENFORCING HIS JUNE 9, 2009 ORDER BY CONTEMPT TRIAL BASED ON THE LEPORE - L. ALTUNBURGER FILES. JUDGE KLAUSNER MUST SEE THE COMPLETE RECORDS, PRIOR TO DISMISSAL, FINAL DECISION.

1F. I OBJECT TO JUDGE KLAUSNER PERMITTING RESPONDENT BRAGG TO CONTINUE HIS RETALIATION AGAINST ME BY KEEPING ME IN THE SHU AFTER I FILED THE CONTEMPT MOTION AND THIS MOTION. ALSO SEE NOV. 2, 2009 EX PARTE MOTION IN CV09-02892-RGK FOR TRANSFER, UNCONTESTED.

1G. IN ADDITION TO THIS PENDING MOTION, THE LEPORE - L. ALTUNBURGER FILES, AND NOW ADOPTIVE ADMISSIONS BY SILENCE OF BRAGG OF THE GOVERNMENT'S BRADY VIOLATIONS SUPPORTS THE NEW TRIAL MOTION IN 04-CR-0440-RGK FILED UNDER SEPARATE COVER. TO SAVE THE COURT'S TIME, THE CONTEMPT TRIAL, EVIDENTIARY HEARING, AND MOTION FOR NEW TRIAL - BRADY HEARING SHOULD BE HELD AT THE SAME TIME.

1H. IF JUDGE KLAUSNER DENIES THIS UNCONTESTED MOTION, WITHOUT SEEING THE LEPORE - L. ALTUNBURGER

TRUSTEE FILES, AND HEARING THEIR TESTIMONY, I REQUEST HE MAKE FINDINGS OF FACT, CONCLUSIONS OF LAW ON THAT DENIAL, STARTING WITH MY DUE PROCESS RIGHTS UNDER U.S. V. PRICE, 566 F.3d 900 (9TH CIR 2009) AND CONE V. BELL 173 LEd2d 701 (2009).

2. THESE GOVERNMENT RECORDS, AND THE PROPOSED TESTIMONY IS HARD EVIDENCE PROVING MY ACTUAL INNOCENCE, AND MY CONTEMPT ALLEGATIONS. JUDGE KLAUSNER MUST HOLD THESE HEARINGS, AS SOON AS POSSIBLE, WITH ME IN CENTRAL DISTRICT OF CALIFORNIA TO PREPARE FOR TRIAL, UNLESS MY DUE PROCESS, ACTUAL INNOCENCE RIGHTS ARE NOT IMPORTANT TO HIM, GIVEN NO CONTEST ADMISSIONS BY THE GOVERNMENT.

EXECUTED PER 28 USC §1746 ON NOV. 25, 2009.

*/s/ James S. Davis*

CERTIFICATE OF SERVICE

I, JAMES S. DAVIS, DECLARE THAT ON NOV 25, 2009 PER 28 USC §1746 I SERVED NOTICE OF THIS OBJECTION TO DE-86 ON RESPONDENT BRAGG AT LA TUNA FCI, BY INTERNAL MAIL.

*/s/ James S. Davis*

FN 1  THIS OBJECTION, REQUEST FOR FORMAL RULING INCLUDES THE FACTS AND LAW IN MY DECLARATION, EXPERT OPINION COURT FILED NOV. 4, 2009.

PAGE FOUR